UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>***Caroline Bowens v. PFIZER INC., et al.***<br>Case No. 1:25-cv-00360 | Case No. 3:25-md-3140<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven D. Davis of the law firm TorHoerman Law LLC hereby enters his appearance as counsel for Plaintiff in the above-captioned matter. Counsel requests all further papers and pleading in these actions and in the Master Docket of MDL 3140 to be served upon him.

Dated: November 26, 2025.         Respectfully Submitted,

By: */s/ Steven D. Davis*
Steven D. Davis (admitted pro hac vice)
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Telephone: 618-656-4400
Fax: 618-656-4401
Email: SDavis@thlawyer.com

1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 26th day of November 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>	*/s/ Steven D. Davis*
>	Steven D. Davis